

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2023

No. 04-21-00533-CV

**IN THE ESTATE OF** Magdalene B. **MZYK, DECEASED**

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 21-01-00010-CVK
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

On January 10, 2023, appellant filed an unopposed motion to supplement the appellate record.  The motion is GRANTED.

It is so **ORDERED** January 17, 2023.

**PER CURIAM**

ATTESTED TO:_____
        MICHAEL A. CRUZ,
        CLERK OF COURT